# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICIA BROWN, o/b/o CHARLES BROWN, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner, Social Security )<br>Administration, )<br>)<br>Defendant. ) | Case No. CIV-05-1008-F |

## **O R D E R**

On April 5, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation (doc. no. 19), wherein he recommended that the final decision of defendant denying plaintiff's now-deceased husband's application for disability insurance benefits and supplemental security income benefits be affirmed.

Presently before the court is plaintiff's timely objection to Magistrate Judge Argo's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concludes that plaintiff's objection is without merit. The court agrees with the recommendation of Magistrate Judge Argo and adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on April 5, 2006 (doc. no. 19) is **AFFIRMED**. The

final decision of defendant, Jo Anne B. Barnhart, the Commissioner of Social Security Administration, denying plaintiff's now-deceased husband's application for disability insurance benefits and supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

DATED April 20, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1008p002.wpd